IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RAFAEL ALBERTO FLORES,** | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. 3:11-cv-2410-O |
| **UNITED STATES OF AMERICA,** | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Based on the foregoing, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED**.

**SO ORDERED** on this **27th day** of **February, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE